957 A.2d 1176

COMMONWEALTH of Pennsylvania, ex rel.
Carey C. ABNEY, Sr., Petitioner

v.

CLERK(S), Motions Court of the Court of Common Pleas–First Judicial District of Pennsylvania (Criminal Division), Respondents.

No. 73 EM 2008.

Supreme Court of Pennsylvania.

Sept. 25, 2008.

*ORDER*

PER CURIAM.

**AND NOW,** this 25th day of September, 2008, the Application for Leave to File Original Process is **GRANTED,** and the Petition for Writ of Mandamus is **DENIED.**